In the Matter of SYDNEY VALE STOLDT, an attorney at law.

For the order: *Mr. Abram A. Lebson.*

For the respondent: *Mr. John E. Selser.*

March 30, 1961. Respondent suspended for six months and until the further order of the court. Opinion reported at 34 *N. J.* 355.